UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUNO K. MPOY,<br><br>*Plaintiff,*<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>*Defendants.* | 22-cv-02501 (BAH) |

### DECLARATION OF LANA CRAVEN

I, LANA CRAVEN, state that the following is true to the best of my knowledge, information, and belief:

1. I am over the age of 18 and am competent to testify to the matters set forth in this declaration.

2. The information provided is based on my personal knowledge, information, and belief, and information provided to me from other employees in the District of Columbia Office of Risk Management (ORM).

3. I have been designated by the District of Columbia (the District), in my official capacity, to search for and report what claims were received as related to the above-captioned case.

4. I am the Program Analyst for the Tort Liability Division in the ORM. The Tort Liability Division receives, processes, and investigates potential claims against the District under D.C. Code § 12-309 (2001 ed.). The ORM commenced receiving potential claims on January 15, 2004.

5. Receipt of written notice of claims against the District is forwarded directly to the Tort Liability Division for processing. When the Tort Liability Division receives notices of claims, either from the Mayor's Office or directly, it records the receipt of such notice in its claims management system.

6. Claims previously handled by the Claims Unit for the Office of the Attorney General still under investigation, as of January 15, 2004, were also transferred to the ORM and recorded in its claims management system.

7. I have conducted a diligent search of the records placed in ORM's Risk Management System for any written claim notices received from or on behalf of Bruno K. Mpoy.

8. On September 13, 2021, the Tort Liability Division received the attached claim letter from Mr. Mpoy, dated September 10, 2021. *See* 9/10/2021 Letter, Ex. A.

Under penalty of perjury, I declare under Super. Ct. R. R. 9-I and the law of the District of Columbia that the foregoing is true and correct to the best of my knowledge, information and belief.

*Lana Craven*

LANA CRAVEN
Program Analyst
Office of Risk Management
Executive Office of the Mayor
441 Fourth Street, NW, Suite 800S
Washington, D.C. 20001
(202) 727-9413

Executed on this _3rd_ day of November 2022.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRUNO K. MPOY,<br><br>    *Plaintiff,*<br><br>  v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    *Defendants.* | 22-cv-02501 (BAH) |

# EXHIBIT A

September 10, 2021

The Government of the District of Columbia
Office of Risk Management
ATTN: Mayor of the District of Columbia
441 4th Street, NW, Suite 800 South
Washington, DC 20001
(202) 727-8600

John A. Wilson Building
1350 Pennsylvania Avenue, NW,
Washington, DC 20004
Phone: (202) 727-2643

Dear Mayor:

My name is Bruno K. Mpoy. I worked for DCPS during the academic year 2020-2021. Please take notice that I will file a lawsuit against the District of Columbia for violations of my Fifth Amendment due process rights. The District of Columbia government converted my property without due process and failed to surrender upon demand.

The District of Columbia government is liable for damages I sustained as a direct result of the conversion and the failure to surrender my property upon demand.

I sustained damages beginning on or about May 2021, until the present.

Sincerely,

Bruno K. Mpoy
10703 Lombardy Rd
Silver Spring, MD 20901