UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUNO K. MPOY,<br><br>*Plaintiff,*<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>*Defendants.* | 22-cv-02501 (BAH) |

# EXHIBIT B



Via electronic mail: mpoy@rocketmail.com

August 27, 2021

Bruno Mpoy

Re:   Background Investigation
      Teacher
      School Within a School @ Goding
      Mpoy, Bruno (         ; EmplID:          )

Dear Mr. Mpoy:

This letter is to inform you that the District of Columbia Public Schools (DCPS) has completed its investigation into your criminal background following your fingerprint submission. Based on an investigation conducted by the Labor Management and Employee Relations' (LMER's) Investigations team, DCPS has concluded that you are not cleared for employment with DCPS.

Given that your employment with DCPS ended on June 25, 2021, DCPS is not taking adverse action against you.  That notwithstanding, please know that DCPS takes this matter seriously.  Although no adverse action is being taken at this time, DCPS reserves the right to base future decisions regarding your employment on the outcome of this investigation.

This letter does not constitute a disciplinary action, nor will it become part of your Official Personnel File.  If you have any questions regarding this matter, contact LMER at (202) 442-5373.

Sincerely,

Donielle Powe
Deputy Chief, Labor Management &
  Employee Relations

cc:   LMER Investigations